DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERENCE ANTONION TUMBLIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2991

[July 25, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2012CF001122B.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and NUTT, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***